JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | LA23CV08069-JLS (AJRx) | Date | March 21, 2024 |
|---|---|---|---|
| Title | Ed Michaels v. Fine Art America | | |

PRESENT:

**HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Charles A. Rojas                                          Not Reported
Deputy Clerk                                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                              None Present

**PROCEEDINGS:**   (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

This action was filed on September 27, 2023. On March 12, 2024, the Court issued a minute order which ordered Plaintiff to show cause in writing on or before March 15, 2024, why this action should not be dismissed for lack of prosecution [17]. Due to Plaintiff's inability to properly serve the defendant, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

The Court's Order to Show Cause is hereby DISCHARGED.

                                                                          -    :    -

                                                Initials of Deputy Clerk   cr